864

No. 11–10816. SANDERS *v.* LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 11–10817. SKAGGS *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–10818. RILEY *v.* HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10819. SELENSKY *v.* ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 11–10821. VASQUEZ ARROYO *v.* GROSS ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–10822. WILSON *v.* MINOR, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–10823. BAILEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10825. AL-RIKABI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–10827. BENNETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10828. MARTIN *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 11–10829. LOPEZ-MERIDA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–10830. MBACKE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 11–10832. MOORE *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 11–10836. NOVAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10837. MCQUEEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.